**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JAMES HENRY WEILBAECHER,**<br><br>**Plaintiff,**<br><br>**V.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br><br>**Defendant.** | **CIVIL ACTION NO. 2:25-cv-02070-LMA-DPC**<br><br>**DISTRICT JUDGE LANCE M AFRICK**<br><br>**MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

**EX PARTE MOTION FOR ADMISSION *PRO HAC VICE***

**NOW INTO COURT**, come Defendant The Lincoln National Life Insurance Company ("Lincoln"), and respectfully present: Lindsay Calhoun of the firm Phelps Dunbar, LLP, is licensed to practice law in Louisiana has been retained as counsel for Lincoln in this action.

Lincoln respectfully moves this Court for admission *pro hac vice* of additional counsel on its behalf in this action, specifically Iwana Rademaekers,[1] of the firm Law Offices of Iwana Rademaekers, P.C., whose address is 17304 Preston Road, Suite 800, Dallas, Texas 75252, and whose phone number is (214) 579-9319.

Attached hereto as Exhibit A is the declaration of Iwana Rademaekers, confirming that she is a member of the bar of Texas and in good standing to practice law in this state. Also attached is a Certificate of Good Standing from the United States District Court for the Northern District of Texas (*See,* Exhibit B), as well as a Consent to Electronic Filing (*See*, Exhibit C).

As required by Local Rule 83.2.5, the affiant also confirms that there have not been any disciplinary proceedings or criminal charges instituted against her. (*See,* Exhibit A)

---

[1] Ms. Rademaekers has previously registered with the Electronic Filing System of this Court and has a valid Login ID and password. As such, registration for the CM/ECF system is not attached to this filing.

**WHEREFORE,** Lincoln requests that Iwana Rademaekers be admitted to practice before this Court *pro hac vice* in this action and that she be enrolled as counsel of record for Defendant The Lincoln National Life Insurance Company.

Respectfully submitted,

**PHELPS DUNBAR, LLP**

*/s/ Lindsay Calhoun*
Lindsay Calhoun (Bar #35070)
Keiran S. McCluskie (Bar # 40874)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
Email: keiran.mccluskie@phelps.com

**COUNSEL FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties.

*/s/ Lindsay Calhoun*
Lindsay Calhoun