**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JAMES HENRY WEILBAECHER** **CIVIL ACTION**

**VERSUS** **No. 25-2070**

**LINCOLN NATIONAL LIFE INSURANCE COMPANY** **SECTION I**

## ORDER

Considering the motion[1] filed by defendant, Lincoln National Life Insurance Company ("defendant"), to enroll counsel *pro hac vice*,

**IT IS ORDERED** that the motion to enroll counsel *pro hac vice* is **GRANTED**. Iwana Rademaekers is hereby enrolled as additional counsel of record for defendant in the above-captioned matter.

New Orleans, Louisiana, October 29, 2025.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

[1] R. Doc. No. 4.