**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JAMES HENRY WEILBAECHER,**

**Plaintiff,**

**V.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

**Defendant.**

**CIVIL ACTION NO. 2:25-cv-02070-LMA-DPC**

**DISTRICT JUDGE LANCE M AFRICK**

**MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT**

**DEFENDANT'S STATEMENT OF CORPORATE DISCLOSURE**

Defendant, The Lincoln National Life Insurance Company, by and through undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure files this statement of corporate disclosure and states:

The Lincoln National Life Insurance Company is a nongovernmental corporate party with the following parent corporation(s):

Lincoln National Corporation

The Lincoln National Life Insurance Company is a wholly owned subsidiary of Lincoln National Corporation, a publicly held corporation.

Respectfully submitted this 31st day of October 2025.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
Admitted *Pro Hac Vice*
Email: iwana@rademaekerslaw.com

17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

-AND-

**PHELPS DUNBAR, LLP**

*/s/ Lindsay Calhoun*
Lindsay Calhoun (Bar #35070)
Keiran S. McCluskie (Bar # 40874)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
Email: keiran.mccluskie@phelps.com

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

On October 31, 2025, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will automatically send email notification to counsel registered for electronic service.

*/s/ Iwana Rademaekers*
Iwana Rademaekers