UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES HENRY WEILBAECHER | CIVIL ACTION |
| VERSUS | NO. 25-2070 |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY | SECTION "I" (2) |

**SCHEDULING CONFERENCE NOTICE**

A **PRELIMINARY CONFERENCE** will be held **BY TELEPHONE** on **THURSDAY, NOVEMBER 13, 2025,** at **10:00 A.M.**, for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates. **COUNSEL ARE INSTRUCTED TO CALL 833-990-9400 AND ENTER CALL ID: 030745503.**

**TRIAL COUNSEL** are to participate in this conference. A paralegal or secretary may not be substituted. If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

Issued by: Bridget Gregory
Case Manager
(504) 589-7752

**NOTICE**

**COUNSEL ARE TO COMPLY WITH THE ATTACHED STANDING ORDER REGARDING THE FILING OF A MOTION FOR SUMMARY JUDGMENT.**

**COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.**

**COUNSEL ARE TO COMPLY WITH THE DISCOVERY DISCLOSURE REQUIREMENTS OF F.R.C.P. 26(a)(1), 26(f) AND LOCAL RULE 26 AND THE CORPORATE DISCLOSURE REQUIREMENTS OF F.R.C.P. 7.1. COUNSEL ARE TO BE PREPARED TO ANSWER THE ATTACHED QUESTIONS CONCERNING DISCLOSURE.**

**COUNSEL ARE TO COMPLY WITH THE DISCLOSURE STATEMENT REQUIREMENTS OF F.R.C.P. 7.1, AS AMENDED DECEMBER 31, 2022.**

# STANDING ORDER REGARDING THE FILING OF A MOTION FOR SUMMARY JUDGMENT

Prior to filing a motion for summary judgment, including a motion for partial summary judgment, counsel shall schedule and appear for a status conference before this Court at which time the motion will be discussed by all parties. Counsel for any party may participate by telephone if the Court is furnished with a telephone number at least two working days prior to the conference. The Court may be contacted by phone at (504) 589-7605.

# IMPORTANT NOTICE TO COUNSEL

**COUNSEL MUST PARTICIPATE IN THIS CONFERENCE.
A PARALEGAL OR SECRETARY MAY NOT BE SUBSTITUTED.**

**COUNSEL WILL BE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS REGARDING DISCLOSURE AT THE CONFERENCE:**

1. **Have all parties completed Rule 26(a)(1) mandatory initial disclosures?**

2. **Have all parties stipulated that initial disclosures under Rule 26(a)(1) will not be made in this case?**

3. **Do any of the parties object to making Rule 26(a)(1) initial disclosures in this case?**

4. **Have all parties filed their Rule 7.1 disclosure statements?**