**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JAMES HENRY WEILBAECHER** | **CIVIL ACTION NO.: 2:25-cv-02070**

**VERSUS**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

**PLAINTIFF'S CONSENT MOTION TO FILE FIRST AMENDED COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **JAMES HENRY WEILBAECHER**, who respectfully avers:

1. That he wishes to file the attached **FIRST AMENDED COMPLAINT** in order to add certain disabling medical conditions to plead them with more specificity.

2. That all counsel of record have been contacted regarding this motion and have consented to this filing, and its filing will serve the ends of justice and will not hinder the progress of this case.

Respectfully Submitted,

s/J. Price McNamara
_______________________________

**J. PRICE McNAMARA**
Bar Nos: LA 20291 & TX 24084626
9431 Common Street
Baton Rouge, LA 70809
Telephone: 225-201-8311
Facsimile: 225-201-8313
price@jpricemcnamara.com
Attorney for Complainant

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of November, 2025, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel.

s/J. Price McNamara

**J. PRICE McNAMARA**