**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JAMES HENRY WEILBAECHER** | **CIVIL ACTION NO.: 2:25-cv-02070**

**VERSUS**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

**ORDER**

Considering the foregoing consent MOTION TO FILE FIRST AMENDED COMPLAINT;

**IT IS ORDERED** that PLAINTIFF'S FIRST AMENDED COMPLAINT attached to the motion be filed as prayed.

New Orleans, Louisiana this ______ day of __________________, 2025.

JUDGE