**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JAMES HENRY WEILBAECHER** | **CIVIL ACTION** |
| **VERSUS** | **No. 25-2070** |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY** | **SECTION I** |

**ORDER**

Considering the unopposed motion[1] for leave to file a first amended complaint in the above-captioned action, filed by plaintiff James Henry Weilbaecher ("plaintiff"),

**IT IS ORDERED** that plaintiff's motion for leave to file an amended complaint is **GRANTED**. The proposed amended complaint shall be filed into the record.

New Orleans, Louisiana, November 6, 2025.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

[1] R. Doc. No. 9.