**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JAMES HENRY WEILBAECHER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-2070** |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY** | **SECTION: I (2)** |

A Preliminary Conference was held November 13, 2025.

Participating were: Price McNamara and Lindsay Calhoun

Pleadings have been completed. Jurisdiction and venue are established.

All pretrial motions, including motions *in limine* regarding the admissibility of expert testimony, shall be filed and served in sufficient time to permit hearing thereon no later than **Wednesday, April 1, 2026**. **This Section adheres to Local Rule 78.1E regarding oral argument on motions.** Motions *in limine* not concerned with the admissibility of expert testimony shall be filed twelve working days before trial and responses thereto shall be filed seven working days before trial. Motions filed in violation of this Order shall be deemed waived unless good cause is shown.

**Prior to filing a motion for summary judgment, including a motion for partial summary judgment, counsel shall schedule and appear for a status conference before this Court at which time the motion will be discussed by all parties. The motion deadline dates set forth in this scheduling order shall, notwithstanding such conference, remain intact. Counsel's failure to schedule the conference in sufficient time to permit the filing of such motion will not be considered good cause to extend the dispositive motion deadline. Counsel for any party may participate by telephone if the Court is furnished with a telephone number at least two working days prior to the conference.**

All parties have stipulated that initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) will not be conducted in this case.

Depositions for trial use shall be taken and all discovery shall be completed no later than Monday, March 2, 2026.

Amendments to pleadings, third-party actions, crossclaims, and counterclaims shall be filed no later than Friday, December 12, 2025.

Counsel adding new parties subsequent to mailing of this Notice shall serve on each new party a copy of this Minute Entry. Pleadings responsive thereto, when required, shall be filed within the applicable delays therefor.

Written reports of experts, as defined by Federal Rule of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than Friday, January 16, 2026. The same deadline applies for any expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2)(C).

Written reports of experts, as defined by Federal Rule of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than Wednesday, February 18, 2026. The same deadline applies for any expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2)(C).

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and all exhibits which may or will be used at trial not later than Wednesday, February 18, 2026.

The Court will not permit any witness, expert or fact, to testify or any exhibits to be used

unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

A telephone status conference is scheduled on **Tuesday, December 16, 2025, at 10:15 a.m.** Counsel shall furnish the Court with the name and telephone number of who will participate in the conference. The Court will initiate the call.

**IT IS ORDERED THAT COUNSEL FOR THE PLAINTIFF CONTACT THE ASSIGNED MAGISTRATE JUDGE SIX WEEKS PRIOR TO THE PRETRIAL CONFERENCE DATE FOR THE PURPOSE OF SCHEDULING A SETTLEMENT CONFERENCE WHICH SHOULD BE HELD NO LESS THAN TWO WEEKS PRIOR TO THE PRETRIAL CONFERENCE.**

This case may involve extensive documentary evidence, depositions or other discovery. No special discovery limitations beyond those established in the Federal Rules, Local Rules of this Court, or the Plan are established.

A Final Pretrial Conference will be held on **Thursday, April 16, 2026, at 10:00 a.m.** Counsel will be prepared in accordance with the final Pretrial Notice attached. Notwithstanding the attached Pretrial Notice, pretrial orders are to be filed electronically by 4:30 p.m. on a day that allows one full work day prior to the conference, excluding Saturdays, Sundays and holidays (i.e., if the conference is set for 10:00 a.m. Friday, it must be filed electronically by 4:30 p.m. Wednesday. If the conference is set on Monday, the pre-trial order must be filed electronically on Thursday by 4:30 p.m.). **THE PRETRIAL ORDER SUBMITTED TO THE COURT MUST BE DOUBLE SPACED AND SIGNED BY ALL COUNSEL.**

Trial will commence the week beginning **Monday, May 18, 2026, at 8:30 a.m.** before the District Judge **without** a jury. Attorneys are instructed to report for trial no later than 30 minutes

prior to this time. Trial is estimated to last 1 day.

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with Local Rules and upon a showing of good cause. Continuances will not normally be granted.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

Issued for the Court:

By: Bridget Gregory
Case Manager
589-7752

**COPY TO: MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES HENRY WEILBAECHER | CIVIL ACTION |
| VERSUS | NO. 25-2070 |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY | SECTION: "I" |

**ADDENDUM TO PRELIMINARY CONFERENCE ORDER**

Motions for summary judgment and oppositions to motions for summary judgment shall be filed in compliance with Local Rules 56.1 and 56.2 E & W, requiring parties to file a short and concise statement of material facts as to which there does or does not exist a genuine issue to be tried. Additionally, each party shall make specific reference to record evidence supporting its statement of material facts. Citations to record evidence shall indicate, whenever applicable, an exhibit reference, page reference, and record document number reference. Record evidence not specifically referred to by the parties may not be considered by the Court.

# COUNSELOR:

**PLEASE READ THIS ORDER CAREFULLY IT CONTAINS INSTRUCTIONS REGARDING MOTION PRACTICE AND PROCEDURES FOR SCHEDULING A SETTLEMENT CONFERENCE THAT APPLY IN SECTION "I" ONLY.**