**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JAMES HENRY WEILBAECHER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-2070** |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY** | **SECTION I (2)** |

**A STATUS CONFERENCE** will be held **BY TELEPHONE** on **TUESDAY, DECEMBER 16, 2025, at 10:00 A.M. COUNSEL SHALL FURNISH THE COURT WITH THE NAME AND TELEPHONE NUMBER OF WHO WILL PARTICIPATE IN THE CONFERENCE TWO DAYS PRIOR TO THE CONFERENCE. THE COURT WILL INITIATE THE TELEPHONE CALL. The Court's telephone number is (504) 589-7605.**

**AT LEAST FIVE WORKING DAYS PRIOR** to the conference, each party shall submit a written status report to the Court. The parties may submit a joint status report or submit the status reports individually. **The status report should be e-filed into the record.** The status report shall contain:

(1) A listing of all the parties and counsel who represent the parties;

(2) A listing of any motions pending for decision in the case, the date any motion was submitted for decision or is set for hearing, an indication whether oral argument was previously or shall be requested on the motion, and an indication whether an evidentiary hearing shall be needed on the motion, such as in class certification proceedings;

(3) The dates and times of any status conference, pretrial conference and trial set in the case, along with an indication whether the case is jury or non-jury and

the number of expected trial days;

(4) A **BRIEF** description of the factual and legal issues underlying the dispute;

(5) A listing of any discovery which remains to be done; and

(6) A description of the status of any settlement negotiations.

**__TRIAL COUNSEL__ ARE TO PARTICIPATE IN THIS CONFERENCE. IF, HOWEVER, YOU ARE UNABLE FOR GOOD CAUSE TO DO SO, ANOTHER ATTORNEY IN YOUR OFFICE MAY PARTICIPATE IF ACQUAINTED WITH ALL DETAILS OF THE CASE AND AUTHORIZED TO ENTER INTO ANY NECESSARY AGREEMENTS. IF, FOR GOOD CAUSE, NEITHER IS POSSIBLE, YOU MUST FILE A MOTION AND ORDER TO CONTINUE AT LEAST ONE WEEK PRIOR TO THE ABOVE DATE. THE COURT MAY BE CONTACTED BY PHONE AT (504) 589-7605 OR BY FAX AT (504) 589-7608.**

New Orleans, Louisiana, this 13th day of November, 2025.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**