**MINUTE ENTRY**
**AFRICK, J.**
**December 16, 2025**
**JS-10 00:05**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JAMES HENRY WEILBAECHER** | **CIVIL ACTION** |
| **VERSUS** | **No. 25-2070** |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY** | **SECTION I** |

**ORDER**

On this date, the Court held a telephone status conference with counsel for both parties. The parties discussed the possibility of filing cross motions for summary judgment. The parties also scheduled a settlement conference before U.S. Magistrate Judge Donna Phillips Currault to occur on **January 27, 2026 at 2 p.m.** Pursuant to the discussion between the parties and this Court,

**IT IS ORDERED** that if the parties do not reach a settlement agreement, the parties shall file their motions for summary judgment by **February 9, 2026**.

New Orleans, Louisiana, December 16, 2025.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**