**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

**JAMES HENRY WEILBAECHER,**

**Plaintiff,**

**V.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

**Defendant.**

**CIVIL ACTION NO. 2:25-cv-02070-LMA-DPC**

**DISTRICT JUDGE LANCE M AFRICK**

**MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT**

**JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE**

NOW INTO COURT, comes Plaintiff James Henry Weilbaecher and Defendant The Lincoln National Life Insurance Company and respectfully request the Court reset the Settlement Conference to February 2, 2026, at 2:00 p.m., six (6) days after the original setting on January 27, 2026.

Pursuant to the Order entered on December 16, 2025 (Dkt 18), the video Settlement Conference is currently set in this matter for January 27, 2026. However, Lincoln's representative with the requisite authority to resolve the case is not available on January 27th. Accordingly, the parties request that the Conference be reset. Counsel for the parties have conferred and all counsel and parties are available and agree to resetting the video Settlement Conference to Monday, February 2, 2026, at 2:00 p.m.

Respectfully submitted,

*/s/ J. Price McNamara*

J. Price McNamara (LA Bar Roll No. 20291)
9431 Common Street
Baton Rouge, LA 70809

Telephone: (225) 201-8311
Facsimile: (225) 201-8313
Email: price@jpricemcnamara.com

**COUNSEL FOR PLAINTIFF**

**AND**

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
rademaei@jacksonlewis.com
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Telephone: (214) 579-9319
Facsimile: (469) 444-6456
Email: iwana@rademaekerslaw.com

*- And -*

*/s/ Lindsay Calhoun*
Lindsay Calhoun (Bar #35070)
Keiran S. McCluskie (Bar #35070)
**PHELPS DUNBAR, LLP**
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
Email: keiran.mccluskie@phelps.com

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties.

*/s/ Iwana Rademaekers*
Iwana Rademaekers