**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **JAMES HENRY WEILBAECHER,**<br><br>**Plaintiff,**<br><br>**V.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br><br>**Defendant.** | **CIVIL ACTION NO. 2:25-cv-02070-LMA-DPC**<br><br>**DISTRICT JUDGE LANCE M AFRICK**<br><br>**MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

**ORDER GRANTING JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE**

**CONSIDERING** the *Joint Motion to Continue Settlement Conference* filed by Parties, and finding it well-taken;

**IT IS HEREBY ORDERED** that the video Settlement Conference is reset to **MONDAY FEBRUARY 2, 2026, at 2:00 p.m.**

New Orleans, Louisiana, this _____ day of January 2026.

______________________________
UNITED STATES DISTRICT JUDGE