**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **JAMES HENRY WEILBAECHER,** | **CIVIL ACTION NO. 2:25-cv-02070-LMA-DPC** |
| **Plaintiff,** | **DISTRICT JUDGE LANCE M AFRICK** |
| **V.** | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | |
| **Defendant.** | |

**ORDER GRANTING JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE**

**CONSIDERING** the *Joint Motion to Continue Settlement Conference* filed by Parties, and finding it well-taken;

**IT IS HEREBY ORDERED** that the video Settlement Conference is reset to **MONDAY FEBRUARY 2, 2026, at 2:00 p.m.**

New Orleans, Louisiana, this 9th day of January 2026.

Donna Phillips Currault

UNITED STATES DISTRICT JUDGE