UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES HENRY WEILBAECHER | * | CIVIL ACTION |
| VERSUS | * | NO. 25-2070 |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY | * | SECTION "I" (2) |

**ORDER**

Counsel for Plaintiff has advised the court by email today that the parties have settled this matter. Having been advised of their settlement, the settlement conference scheduled before me for **Monday, February 2, 2026**, is hereby **CANCELLED**.

By copy of this Order, Judge Africk is advised so that he may enter an appropriate conditional dismissal order.

New Orleans, Louisiana, this 29th day of January, 2026.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. LANCE M. AFRICK**